# FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

## CIVIL ACTION NO.: 16-CV-86-CG-C

MICHAEL HENRY SMITH,
            Plaintiff,

Vs.

ALPHABET INC., ATTRACTSOFT GMBH, AUTOMATTIC/GRAVATAR,
BEAM.TO, BESSEMER VENTURE PARTNERS, BOX/BOX, INC/OPEN
BOX/MEDXT, COATUE MANAGEMENT, DFJ GROWTH, EZINECENTRE,
FACEBOOK, FREEHOSTINGEU, GENERAL ATLANTIC, GOOGLE,  ITO-
CHU TECHNOLOGY VENTURES, MACNICA NETWORKS USA, INC., MIT-
SUI & CO, MY SOCIAL HUB XP, NEW ENTERPRISE ASSOCIATES, SAP
VENTURES, SCALE VENTURE PARTNERS, SOCIAL + CAPITAL PART-
NERSHIP, TELEFÓNICA DIGITAL, TELSTRA, AND TELSTRA VENTURES,
TPG CAPITAL and TUCOWS INC.
            Defendants.

ALA KID, LONG DONG, JIMBO KING, CINDY LOU, BRIANNA NATHALY,
JON JONES, LONG JOHN, NUKE DUKEM, PETER WILL HARDEN, CAP-
TAIN SPRAWLING, CAPTAIN SPAULDING, THEREAL MIKESMITH,
THEREAL MIKESMITH 1ER, WHISTLE DICK.
            Defendants that are shielded by aliases.

## FIRST AMENDED COMPLAINT IN THE
## LAWSUIT FOR THE INTENTIONAL INFLICTION OF EMOTIONAL
## DESTRESS, THEFT AND DISSEMINATION OF MY INTELECTUAL
## PROPERTY, FOR CYBER BULLYING, CYBER STALKING, CYBER

FILED APR 22 '16 AM 11:21 USDC AL S

## HARASSMENT, LIABLE, SLANDER AND DEFAMATION OF CHARAC-TER, THE USE OF HATE LANGUAGE IN THE PURSUIT OF THESE AC-TIONS and/or FOR PROVIDING A SAFE HAVEN THE DEFENDNATS CONDUCTING OF THESE ACTIVITIES

Comes now, the plaintiff to express gratitude to this Honorable Court for its instructions and to plead that the defendants are all mutually responsible for the theft and illegal dissemination of my intellectual property. That these defendants are all guilty of either the active theft and/or dissemination and/or that they provided the methods and means and/or that they have protected the guilty by providing them a safe haven and/or that they have practiced a willful ignorance that has advanced the theft and dissemination of my intellectual property and/or that their negligence has given rise to that theft. The participation of these same said defendants is the same as their active solicitation of children for an internet pornography site operated by some of the defendants[1], and protected through the same methods and means of their internet *Omerta*. Exactly why or what the Internet was designed for; our system of governance has decreed that it not be a safe haven for criminal conduct. Whether it be these defendants' vile and disgusting use of it to solicit children for the gratification of their/their customers pedophilia, or to conduct a campaign of cyber bullying and stalking and harassment against me, or merely to steal my intellectual property or to

---

[1] See Exhibits A-1 and A-2. "Girls 13-17! (Selfies) – BEAM.TO."

2

make vast sums of money by turning a blind eye to these criminal acts it is the same conduct.  I am asking for relief as is provided under the laws of our great nation.  This pleading is made in good faith and for good cause set out *infra*.  It is not made merely to vex the defendants or this Honorable Court.  Finally it is made under the penalty of perjury pursuant Title 18, § 1621; and Title 28, § 1746.

## JURISDICTION AND VENUE

The Court has jurisdiction over this action as diversity is present under 28, U.S.C. § 1332(a) because the parties are diverse from the claimant and the amount in controversy exceeds $75,000, excluding interests and costs.  Venue is proper in this district.

## RULES 8 AND 9 OF THE FEDERAL RULES OF CIVIL PROCEDURE

At this time I would caution the defendants not to construe this Honorable Court's fulfillment of its duty to administer the orderly proceedings in the courts as favoritism towards the plaintiff: or to construe my acquiescence to this as an introduction of a heightened pleading standard for *pro se* litigants.

The 11th Circuit; and every level of the Federal Courts; have exhaustively addressed the obligations of the initial courts to address the failings of *pro se* plaintiffs

3

in their initial complaint, so that otherwise meritorious claims would not be dismissed. No matter the Court's apparent interest in the action; it was these deficiencies that were addressed by the Court in an attempt to make the case more easily administered. It is in this way that cognitive illiberalism[2] is avoided.

Under Federal Rule of Civil Procedure 8(a)(2), a complaint must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." "[D]etailed factual allegations" are not required, *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), at 555, but the Rule does call for sufficient factual matter, accepted as true, to "state a claim to relief that is plausible on its face," *id.*, at 570. A claim has facial plausibility when the pleaded factual content allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. *Id.,* at 556.

The Supreme Court found in *Ashcroft v. Iqbal*, 556 U.S. ___, 129 *S.Ct.* 1937 (2009), that Rule 9(b), which requires particularity when pleading "fraud or mistake" but allows "other conditions of a person's mind [to] be alleged generally," did not require courts to credit a complaint's conclusory statements without reference to its factual context. The Supreme Court concluded that the Second Circuit should decide

---

[2] *See, e.g. Stephen B. Burbank, Pleading and the Dilemmas of Modern American Procedure,* 93 JUDICATURE 109 (2009) note 16, at 118 (suggesting that reliance on "judicial experience and common sense," *Iqbal, 129 S. Ct.* at 1950, invites "cognitive illiberalism," a phenomenon that negatively affects classes of disfavored litigants).

4

in the first instance whether to remand to the District Court to allow Iqbal to seek leave to amend his deficient complaint.

While I do not have to win this action on the initial pleading[3], I have pleaded, within, the facts necessary to give the defendants fair notice of what my claim is and the grounds upon which it rests.  This has resulted in a slightly longer initial pleading than normal due to the recent rulings of the United States Supreme Court.  This is a non-exhaustive recitation of the known and unknown.  Should the defendants feel that I have failed in this mission they have the option to make specific objections and request this Honorable Court to issue an Order for a more specific pleading.  I do not have to meet the pre-1938 pleading standards.  It is impossible for any litigant; *pro se* or having retained counsel; to produce evidence that is solely in the control of the defendants.

## CIRCUMSTANTIAL EVIENCE IS THE FEDERAL STANDARD

We are particularly reluctant to disregard inferences drawn from circumstantial evidence as to the negotiators' motive. This Circuit is "mindful that 'summary procedures should be used sparingly ... where motive and intent play leading roles, the proof is largely in the hands of

---

[3] *Conley v. Gibson,* 355 US 41, 43, 47-48, 78 S.Ct. 99, 103 (1957)

the alleged conspirators, and hostile witnesses thicken the plot.' " *Amey, Inc. v. Gulf Abstract & Title, Inc.,* 758 F.2d 1486, 1502 (11th Cir.1985) (quoting *Norfolk Monument Co. v. Woodlawn Memorial Gardens*, 394 U.S. 700, 704, 89 *S.Ct.* 1391, 1393, 22 L.Ed.2d 658 (1969)), cert. denied, 475 U.S. 1107, 106 *S.Ct.* 1513, 89 L.Ed.2d 912 (1986).

*Cox v. CSX,* 17 F.3d 1386, 1400 (11th Cir. 1994).

We do not have to decide whether Williams has presented direct evidence because she has presented enough indirect or circumstantial evidence to survive summary judgment. A plaintiff typically makes a case of discrimination through indirect evidence using the burden-shifting framework set out in *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 93 *S.Ct.* 1817, 36 L.Ed.2d 668 (1973), and *Texas Department of Community Affairs v. Burdine*, 450 U.S. 248, 101 *S.Ct.* 1089, 67 L.Ed.2d 207 (1981). *Armstrong*, 33 F.3d at 1314[4].

*Chapter 7 Trustee, V. Gate Gourmet, Inc.,* 683 F.3d 1249, 1254 (11th Cir. 2012).

---

[4] *ARMSTRONG V. FLOWERS HOSP., INC*, 33 F.3d 1308, 1314 (11th Cir. 1994).

## THE TORT OF OUTRAGE or
## THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Black's Law Dictionary defines "mental anguish" or "emotional distress"' as an element of damages including "the mental suffering resulting from the excitation of the more poignant and painful emotions, such as grief, severe disappointment, indignation, wounded pride, shame, public humiliation, despair, etc.[5] "' The United States Supreme Court has stated that emotional distress specifically describes a mental or emotional injury that is separate and distinct from the tort law concepts of pain and suffering.[6] Pain and suffering, though indicative of mental harms, contemplate an injury that is derived from a physical injury or condition[7]. The injury dealt with in the case at bar is-emotional distress-"is mental or emotional harm (such as fright or anxiety) that is . . . not directly brought about by a physical injury, but that may manifest itself in physical symptoms.[8]"

Alabama law has become more in line with the United States Supreme Court's non-physical-dependent characterization of emotional distress damages, beginning largely with the Alabama Supreme Court's recognition of an independent tort for intentional infliction of emotional distress[9].

---

[5] Black's Law Dictionary, 968 (6th ed. 1990).
[6] *Consolidated Rail Corp. v. Gottshall*, 512 U.S. 532, 544 (1994).
[7] *Gottshall*, 512 US at 544.
[8] *Id*, (emphasis added).
[9] *See, American Road Serv. v. Inmon*, 394 So. 2d 361 (Ala. 1980).

## STATEMENT OF THE FACTS

On the 4th of July, 2015, I listed the first volume of my short story series "The Waco, Texas, Biker Massacre" on the Kindle Direct Publishing service provided by Amazon; and paperback version "The Waco Biker Massacre" on the CreateSpace service provided by Amazon. Within weeks of publishing these titles, persons listed as Defendants and protected by aliases, and others not named here, started offering my work for free through the named defendants. This was part of a campaign of Intentional Infliction of Emotional Distress by some of the defendants. Over the next seven months I tried in vain to have the named defendants stop the harassment and bullying and stalking and dissemination of my works.

The defendants that are named but their identities are protected by the other defendants have openly engaged in Cyber Bullying, Cyber Stalking, Harassment, Defamation of Character, Slander and Liable. They have used Hate Speech amongst other methods to harm me. See, Exhibit 'B-1' and 'B-2'.

These anonymous defendants investigated me. They cited personal details of my identity and my life in online posts. These defendants were indefatigable in their pursuits. Their conduct over a seven month, or longer period, meets the criteria of excessive. They intentionally inflicted emotional harms onto me.

In that period the anonymous defendants tried to gain entry into my Facebook account: and other accounts. They cloned my name and created false postings claiming to be me.

Every time I posted anything remotely relating to the Massacre or my short story, they pounced upon me.

The names of these anonymous defendants are a red flag as to their true nature: "Peter Will Harden," "Long Dong," "Long John," and "Whistle Dick" are not the nom de plumes of normal people. Yet, when reported to Facebook, Facebook refused to take action against these criminals. The same for Google and Box.

Numerous legitimate hosting services, file sharing services, and social media services responded immediately to my complaints. The time to take down the offending material was never more than a few hours. Some of the legitimate sites are located in Europe where even the time differential did not create much delay in their immediately snatching down these posts.

The industry standard, as revealed by my personal experience here, is that the legitimate sites do not tolerate these offenses: once it has been reported to them.

The named defendants have agreed to totally obscure the names and addresses of the peoples carrying out these crimes. Some have agreed to obscure the names and

9

addresses of those defendants providing first person services to those that are carrying out these crimes. Some have attempted to appear to remain passive in the light of these crimes and/or pretended ignorance.

Make no mistake that the named and identified defendants are directly profiting from the theft of my intellectual property. These are not passive gateways to the Internet.


During the time of this unrelenting assault I have solely had the burden of caring for my handicapped sister and my 85 year old mother. I have been particularly susceptible to the machinations of the defendants.

As of today, it is my estimation that some 100,000 copies of my work have been distributed without my receiving a single Sioux in compensation.

I have not been able to finish writing and release, Volume Two of this work as the defendants have decimated my mental, physical and emotional strengths, and eviscerated any income that I would have received from Volume One. The revenues from the sales of this series of short stories was one of my only sources of income to care for my family.

Just to write this civil action was an onerous burden do to the severe fear, emotional and psychological distress caused by the actions of the defendants. I have

nightmares every night that the criminal enterprises connected with these crimes will retaliate against my family.

My physical health has suffered seriously during these months. I have taken to grinding my teeth in my sleep and broken several teeth that I cannot afford to have repaired. I suffer that pain every day.

## 47 U.S. CODE § 230, PROTECTION FOR PRIVATE BLOCKING AND SCREENING OF OFFENSIVE MATERIAL

Unfortunately, the popular understanding of §230 is at best imprecise. Most of what is written about §230 focuses on one isolated passage: "No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." This portion of §230 is often characterized as granting website owners complete immunity regarding any content posted by users. This characterization is incorrect in two respects.

First, §230 expressly states that no Internet Entity has immunity from federal criminal law, intellectual property law or communications privacy law. This means that every Internet service provider, search engine, social networking platform and website is subject to thousands of laws, including child pornography laws, obscenity laws, stalking laws and copyright laws.

11

Second, §230 immunity only applies to online intermediaries of third-party content. Individuals who directly engage in unlawful online conduct or co-create online unlawful content are not protected. The CDA distinguishes providers of "interactive computer services" from "information content providers." An interactive computer service "provides or enables computer access by multiple users to a computer server," whereas an "information content provider" is any person responsible "in whole or in part... for the creation or development of information." In other words, §230 protects intermediaries from liability for the actions of others, not individuals from liability for their own illegal conduct.

Moreover, free speech is not the only value protected by §230. The other, often overlooked goals of §230 include the development of technologies that "maximize user control over what information is received" by Internet users, as well as the "vigorous enforcement of Federal criminal laws to deter and punish trafficking in obscenity, stalking and harassment by means of computer." In other words, the law is intended to promote and protect the values of privacy, security and liberty alongside the values of open discourse. Section 230 is an important and complex law, and it is both dangerous and inaccurate to treat it as a blanket license for online abuse.

These defendants did far more than just allow postings by others or engage in editorial or self-regulatory functions.

These defendants have a history of concealing more than the identities of their client list.  Since they invoke § 230, they are often able to foreclose any discovery that would reveal their true business paradigms.

## *ORACLE AMERICA, INC. V. GOOGLE INC.*, 750 F. 3D 1339 (FED. CIR. 2014)

In this action Alphabet/Google was being sued for copyright infringement by Oracle.  One of Alphabet/Google's defenses was that it gives away the Operating System (OS) Android.  Prior to participating in discovery, Alphabet/Google had denied any profit from the OS.  During discovery, Oracle discovered that the OS serves critical functions: it drives both search and Google Play store revenue, just as it has since 2008, when it first hit the streets.

Oracle attorneys were given internal Alphabet financial documents as part of the legal proceedings -- information that has never been disclosed -- which were used to determine Android's revenue and profit estimates.  According to Oracle, Android has added $31 billion to Alphabet's revenue coffers, of which $22 billion was profit.

Whether the Android revenue specs are spot-on or not, the fact that it's adding billions to Alphabet's top and bottom lines should come as a surprise to no one. Mobile search has become a big contributor to Alphabet, which is why another tidbit from Oracle's brief but insightful disclosure struck a chord. Based on a revenue-

sharing arrangement with Apple, the then Google paid a whopping $1 billion in 2014 to remain the default search engine on iOS devices.

My contention, from day-one, has been that the named defendants are not just the passive conveyances of media on the internet, they are actively seeking and promoting material; both legal and illegal; to drive the profits of their main businesses.

This also shows that sans discovery the defendants are completely capable of hiding their participation in these criminal schemes.

### THE DEFENDANTS

This is a list of the defendants named in the above styled action. These claims are non-exhaustive and are only made to the best of my knowledge and belief at the time of this writing so as to comply with Rule 9, F.R.Civ.P. I fully expect that the discovery process will further illuminate the wrong doings of the defendants.

Alphabet Inc.
1600 Amphitheatre Pkwy,
MOUNTAIN VIEW CA
94043-1351
Phone: +1 (650) 253-0000
Fax: +1 (302) 636-5454

Alphabet Inc. is the parent company of all things Google. As such it sets the customs, practices and performance standards for all things Google and derives a

14

generous amount of its income from all things Google.  It is the policy and practice of Alphabet Inc. to mandate that Google push content onto its pages thereby generating vast sums of money for Alphabet Inc. Aiding and abetting the other defendants in activities as diverse as stealing my short story to soliciting children for child pornography are its methods and means.  Alphabet Inc. and Google provide a safe haven for these internet criminals because people frequenting the web sites that they host; along with their search engines; drive customers and customer spending which enrichens them.  What Google is and does is the direct result of the directions it receives from Alphabet Inc.

Alphabet/Google is a company so diverse that it defies micro prosecution of my claims.  Google created Alphabet to be the umbrella under which it operates.  I have named both Alphabet and Google separately so as to prevent the one sheltering behind the other.

ATTRACTSOFT GMBH
Mathildenstr. 18
24148, Kiel
Germany
Phone: +49 431 2207240

This defendant is a *hosting service*.  What this defendant does is to provide anonymity to various criminal enterprises whilst they go about their nefarious industries.  One of those industries is the theft and distribution of my intellectual properties.

15

Some of the others are the aforementioned sites that solicit children for exploitation and the distribution of child pornography.

This defendant makes hundreds of millions of dollars hosting criminal enterprises; every year.

By arranging the content on its service to be provocative and draw in as many viewers as possible.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on me personally, I have contacted this defendant and its various entities and sub-entities to obtain the identities of the criminals behind the theft and distribution of my works and to petition these hosting services to stop distributing my works.   This defendant and its sub-entities and aliases has refused. They invoke the Internet Omerta.


## BEAM.TO
### Child Porn Tonga

This is a vagabond[10] defendant, protected by the majority of the other named defendants. This is the defendant that is caught red handed in soliciting children for exploitation and for the distribution of child pornography.  *See,* Exhibit 'A'.  This defendant is a prime in the theft and distribution of my works.  This defendant gives

---

[10] "[A]nd no man wot from whence they came, nor whither they go." 4 Bl. Comm. 109. *See,* Forsyth v. Forsyth, 46 N. J. Eq. 400, 19 Atl. 119; Johnson v. State, 28 Tex. App. 562, 13 S. W. 1005.

direct aid to those defendants; protected by their internet aliases; when they steal and distribute my works.  BEAM.TO is a criminal enterprise.


BESSEMER VENTURE PARTNERS
535 Middlefield Road
Suite 245
Menlo Park, CA
94025
United States
Phone: +1-650-853-7000
Fax: +1-650-853-7001

This defendant is partner of BOX, Inc.  This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc. works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this defendant does is to help design and promote the activities of its subscribers.  Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and good-will in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the iden-tities of the criminals behind the theft and distribution of my works. Instead of fol-lowing their own published rules they refused and then made getting any relief a convoluted ordeal. In addition to that, they invoked the Internet Omerta.

<div align="center">

BOX/BOX, INC/OPEN BOX/MEDXT
900 Jefferson Ave
Redwood City, CA
94063

</div>

BOX/BOX, INC/OPEN BOX/MEDXT works in conjunction with BEAM.TO. Box, Inc. works in conjunction with BEAM.TO. Box, Inc. is a hosting service. What this defendant does is to help design and promote the activities of its subscrib-ers. Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries. One of those industries is the theft and distribution of my intellectual properties. Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornog-raphy.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

<div align="center">18</div>

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and good-will in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works. Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal. In addition to that, they invoked the Internet Omerta.

COATUE MANAGEMENT
9 W 57th St
New York, NY
10019

This defendant is partner of BOX, Inc. This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc. Box, Inc. works in conjunction with BEAM.TO. Box, Inc. is a hosting service. What this defendant does is to help design and promote the activities of its subscribers. Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries. One of those industries is the theft and distribution of my intellectual properties. Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

19

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and good-will in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the iden-tities of the criminals behind the theft and distribution of my works. Instead of fol-lowing their own published rules they refused and then made getting any relief a convoluted ordeal. In addition to that, they invoked the Internet Omerta.

DFJ GROWTH
2882 Sand Hill Rd
#150
Menlo Park, CA
94025
Phone (650) 233-9000

This defendant is partner of BOX, Inc. This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc. Box, Inc. works in conjunction with BEAM.TO. Box, Inc. is a hosting service. What this defendant does is to help design and promote the activities of its subscribers. Also

it provides anonymity to various criminal enterprises whilst they go about their nefarious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and goodwill in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works.  Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal.  In addition to that, they invoked the Internet Omerta.

<div align="center">

EZINECENTRE
C/o Tucows Inc.
96 Mowat Avenue
Toronto, ON
M6K 3M1
Canada
Main telephone: 416-535-0123
Main fax: 416-531-5584

</div>

This defendant is more than a hosting service.  It is not a passive gateway to the internet.  What this defendant does is market stolen works and it provides anonymity to the various criminal enterprises promoting stolen works.  One of their industries is the theft and distribution of my intellectual properties.

This defendant is unreachable outside of its own web site.  All communications in the pursuit of having them block the illegal posting of my short story, and the illegal abuses heaped onto me, were thwarted.  There is not a single point of contact for this defendant outside of the addresses for TUCOWS.

This defendant makes hundreds of millions of dollars hosting criminal enterprises; every year.

They invoke the Internet Omerta.


FACEBOOK
Legal Department
18 Hacker Way
Menlo Park, Calif
94205

Facebook is a corporation and online social networking service.  It also harbors criminals and cyber predators.  While it touts that it will not tolerate cyber criminals, it grants them total anonymity and immunity from their actions.  It is well committed to the Internet Omerta.

When I contacted Facebook it was through their internal communication protocols. Those protocols prevent any meaningful description of the problems and obfuscate what relief might be available.

The clear majority of the aliases used to bedevil me were created on Facebook and a great many still exist there. Facebook has refused to remove these subscribers and instead has invoked the Internet Omerta. Just as all of the other defendants, similarly situated, it refuses to take definitive action; or reveal the identities of the other cyber criminals; unless I bring it into court and then that they receive a court order to disclose the identities of these other criminals. This is Disorderly House[11], and by that age old definition makes Facebook an active accomplice in the crimes against me and others.

Facebook, just as many others here, is guilty of Misprision of Felony[12]. When Facebook is confronted with the actual evidence of crimes, such as those committed against me, it is required to take immediate action against the perpetrators. That action would be to report the crimes to the proper authorities. Especially when I identified that responsibility to Facebook.

---

[11] *RIDGE v. STATE ex rel. TATE*, 6 Div. 406. Supreme Court of Alabama; June 30, 1921.

[12] 18 U.S. Code § 4; "Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both."

Facebook is guilty of Disorderly House and Facebook decries any attempt by the citizenry or the law to force it to comply with the law.

By harboring criminals, Facebook makes many hundreds of millions of dollars annually.

FREEHOSTINGEU
c/o AttractSoft GmbH
Mathildenstr. 18
24148, Kiel
Germany
Phone: +49 431 2207240

This defendant is more than a hosting service. It is not a passive gateway to the internet. What this defendant does is market stolen works and it provides anonymity to the various criminal enterprises promoting stolen works. One of their industries is the theft and distribution of my intellectual properties.

This defendant is unreachable outside of its own web site. All communications in the pursuit of having them block the illegal posting of my short story, and the illegal abuses heaped onto me, were thwarted.

This defendant makes hundreds of millions of dollars hosting criminal enterprises; every year.

They invoke the Internet Omerta.

24

GENERAL ATLANTIC
Kelly Pettit
Associate General Counsel
Park Avenue Plaza
55 East 52nd St.
32nd Floor
New York, NY 10055
Telephone (212) 715-4000
Fax (212) 759-5708

This defendant is partner of BOX, Inc.  This defendant is not merely a passive
investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting
on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc.
works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this
defendant does is to help design and promote the activities of its subscribers.  Also
it provides anonymity to various criminal enterprises whilst they go about their ne-
farious industries.  One of those industries is the theft and distribution of my intel-
lectual properties.  Some of the others are the aforementioned sites, like BEAM.TO,
that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises;
every year.

In my endeavors to stop the proliferation of the illegal distribution of my works
and the personal attacks on my mental and physical health, my reputation and good-
will in the community and my financial security, I have contacted Box, Inc., to obtain

25

its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works. Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal. In addition to that, they invoked the Internet Omerta.

GOOGLE
1600 Amphitheatre Pkwy
Mountain View, CA
94043
Phone: (650) 253-0000

Google Inc. is an American multinational technology company specializing in Internet-related services and products. These include online advertising technologies, search, cloud computing, and software. Most of its profits are derived from AdWords, an online advertising service that places advertising near the list of search results.

Google is a very diverse corporation, which mines profit at every level. In the case of the theft of my short story Google provides a content driven environment to post it to and then directs people to the illegal content. Google profits at every click of the mouse.

As you can see from Exhibit 'A', Google openly shows the defendant BEAM.TO soliciting children for online pornography and then on the same page it shows the harvested pornography for sale.

26

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on me personally, I have contacted these various entities and their sub-entities to obtain the identities of the criminals behind the theft and distribution of my works and to petition these hosting services to stop distributing my works. This defendant and its sub-entities and aliases has refused. They invoke the Internet Omerta.

Google and all things Google are guilty of Misprision of Felony and Disorderly House when they look away from obvious criminal conduct. When they look away from people pointing it out to them and demanding that they remove it.

Every year Google cooperates with tens of thousands of demands for the removal of content. But those demands are from its wealthiest subscribers. When it comes down to the folk requesting that criminal conduct be removed from Google, Google shuns them.

AUTOMATTIC
GRAVATAR
132 Hawthorne St
San Francisco, CA
94107
Phone (877) 273-8550

This defendant is more than a hosting service. It is not a passive gateway to the internet. What this defendant does is market stolen works and it provides anonymity

to the various criminal enterprises promoting stolen works.  One of their industries is the theft and distribution of my intellectual properties.

This defendant is unreachable outside of its own web site.  All communications in the pursuit of having them block the illegal posting of my short story, and the illegal abuses heaped onto me, were thwarted.

This defendant makes hundreds of millions of dollars hosting criminal enterprises; every year.

They invoke the Internet Omerta.


ITOCHU TECHNOLOGY VENTURES
3945 Freedom Cir
# 350
Santa Clara, CA
95054
Phone (408) 727-8810

This defendant is partner of BOX, Inc.  This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc. works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this defendant does is to help design and promote the activities of its subscribers.  Also it provides anonymity to various criminal enterprises whilst they go about their ne-

28

farious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and good-will in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works.  Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal.  In addition to that, they invoked the Internet Omerta.

<div align="center">

NEW ENTERPRISE ASSOCIATES
2855 Sand Hill Rd
Menlo Park, CA
94025
Phone (650) 854-9499

</div>

This defendant is partner of BOX, Inc.  This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc. works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this

<div align="center">29</div>

defendant does is to help design and promote the activities of its subscribers. Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries. One of those industries is the theft and distribution of my intellectual properties. Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and goodwill in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works. Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal. In addition to that, they invoked the Internet Omerta.


SAP VENTURES
3408 Hillview Ave
Palo Alto, CA
94304
Phone (650) 849-3950

This defendant is partner of BOX, Inc. This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting

on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc. works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this defendant does is to help design and promote the activities of its subscribers.  Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and goodwill in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works.  Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal.  In addition to that, they invoked the Internet Omerta.

MACNICA NETWORKS USA, INC.
2540 N 1st Street
Suite 280
San Jose, CA
95131

31

This defendant is partner of BOX, Inc.  This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc. works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this defendant does is to help design and promote the activities of its subscribers.  Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and goodwill in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works.  Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal.  In addition to that, they invoked the Internet Omerta.

MITSUI & CO
535 Middlefield Rd

32

#100
Menlo Park, CA
94025
Phone (650) 234-5000

This defendant is partner of BOX, Inc.  This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc. works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this defendant does is to help design and promote the activities of its subscribers.  Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and goodwill in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the iden-

tities of the criminals behind the theft and distribution of my works.  Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal.  In addition to that, they invoked the Internet Omerta.

<div align="center">

SCALE VENTURE PARTNERS
950 Tower Ln
#700
San Mateo, CA
94404
Phone (650) 378-6000

</div>

This defendant is partner of BOX, Inc.  This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc. works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this defendant does is to help design and promote the activities of its subscribers.  Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and good-will in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works. Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal. In addition to that, they invoked the Internet Omerta.

<div align="center">

### MY SOCIAL HUB XP
Malware
</div>

This is a vagabond[13] defendant, protected by the majority of the other named defendants. This is the defendant that is caught red handed in soliciting children for exploitation and for the distribution of child pornography. *See,* Exhibit 'A'. This defendant is a prime in the theft and distribution of my works. This defendant gives direct aid to those defendants; protected by their internet aliases; when they steal and distribute my works. MY SOCIAL HUB XP is a criminal enterprise.

<div align="center">

SOCIAL + CAPITAL PARTNERSHIP
120 Hawthorne Ave
Palo Alto, CA
94301
Phone number (650) 521-9007
</div>

---

[13] "[A]nd no man wot from whence they came, nor whither they go." 4 Bl. Comm. 109. *See,* Forsyth v. Forsyth, 46 N. J. Eq. 400, 19 Atl. 119; Johnson v. State, 28 Tex. App. 562, 13 S. W. 1005.

This defendant is partner of BOX, Inc.  This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc. works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this defendant does is to help design and promote the activities of its subscribers.  Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and goodwill in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works.  Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal.  In addition to that, they invoked the Internet Omerta.

36

TELEFÓNICA DIGITAL
2513 Charleston Rd
Mountain View, CA
94043

This defendant is partner of BOX, Inc.  This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc.  Box, Inc. works in conjunction with BEAM.TO.  Box, Inc. is a hosting service.  What this defendant does is to help design and promote the activities of its subscribers.  Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and goodwill in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the iden-

tities of the criminals behind the theft and distribution of my works. Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal. In addition to that, they invoked the Internet Omerta.

<div align="center">

TELSTRA, AND TELSTRA VENTURES GROUP
Suite 1650
575 Market Street
San Francisco, California 94105

</div>

This defendant is partner of BOX, Inc. This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc. Box, Inc. works in conjunction with BEAM.TO. Box, Inc. is a hosting service. What this defendant does is to help design and promote the activities of its subscribers. Also it provides anonymity to various criminal enterprises whilst they go about their nefarious industries. One of those industries is the theft and distribution of my intellectual properties. Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and good-will in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the iden-tities of the criminals behind the theft and distribution of my works. Instead of fol-lowing their own published rules they refused and then made getting any relief a convoluted ordeal. In addition to that, they invoked the Internet Omerta.

TPG CAPITAL
San Francisco
345 California Street
Suite 3300
San Francisco, CA 94104
(415) 743-1500 ph.
(415) 743-1501 fax

This defendant is partner of BOX, Inc. This defendant is not merely a passive investor in BOX, Inc.: it takes active control over the activities of Box, Inc. by sitting on the Board of Directors and voting for various activities of Box, Inc. Box, Inc. works in conjunction with BEAM.TO. Box, Inc. is a hosting service. What this defendant does is to help design and promote the activities of its subscribers. Also it provides anonymity to various criminal enterprises whilst they go about their ne-

farious industries.  One of those industries is the theft and distribution of my intellectual properties.  Some of the others are the aforementioned sites, like BEAM.TO, that solicit children for exploitation and the distribution of child pornography.

Box, Inc., makes hundreds of millions of dollars hosting criminal enterprises; every year.

In my endeavors to stop the proliferation of the illegal distribution of my works and the personal attacks on my mental and physical health, my reputation and goodwill in the community and my financial security, I have contacted Box, Inc., to obtain its cooperation in removing my short story from its services and to obtain the identities of the criminals behind the theft and distribution of my works.  Instead of following their own published rules they refused and then made getting any relief a convoluted ordeal.  In addition to that, they invoked the Internet Omerta.


TUCOWS INC.
Toronto Headquarters
96 Mowat Avenue
Toronto, ON
M6K 3M1
Canada

This defendant is more than a hosting service.  It is not a passive gateway to the internet.  What this defendant does is market stolen works and it provides anonymity

to the various criminal enterprises promoting stolen works.  One of their industries is the theft and distribution of my intellectual properties.

This defendant is unreachable outside of its own web site.  All communications in the pursuit of having them block the illegal posting of my short story, and the illegal abuses heaped onto me, were thwarted.

This defendant makes hundreds of millions of dollars hosting criminal enterprises; every year.

They invoke the Internet Omerta.

## DAMMAGES

The minimum retail value of a copy of my short story is $3.99.  The maximum retail value of a copy of my short story is $9.99.  None of that includes the bonuses and awards for selling 100,000 copies of my work.  None of that includes the notoriety for the work that could have garnered it recognition from a movie/television company that would have led to even more income.  The personal stress and anxiety and physical injuries that I have suffered as a result of this continuous onslaught of cyber bullying, cyber stalking, liable, slander and defamation of character, and being subjected to hate speech is nearly unquantifiable.

## PRAYER FOR RELIEF

For all of the foregoing I am requesting that this Honorable Court direct this action to a trial before a jury.  That upon the finding of the jury in my favor that this Honorable Court direct the defendants to pay me $1,000,000.00 each for my losses, damages, pain, suffering, emotional distress and harms to my life.  That is with the exception of the defendants BEAM.TO and MY SOCIAL HUP XP.  That these vagabond defendants be held liable to me for the amount of $100,000,000.00.

Respectfully submitted on this 20th day of April, 2016.   By,

Michael Henry Smith
4038 Sierra Drive
Mobile, Alabama
36693-5500
smithvamazon.com@gmail.com
(251) 802-8513

Exhibit 'A-1'



https://www.google.com/#newwindow=1&safe=off&q=beam.to+selfies

Most Visited · Getting Started · Products | Anson Mills... · Banshee 1x09 - Why... · Raw Force - YouTube · Devil Riders 2012 Dv... · Naked Fist | The Merry... · The Origins and Form...   Bookmarks

mikesmith1percenter

Google

beam.to selfies

All   Videos   Images   News   Shopping   More ▼   Search tools

About 677,000 results (0.92 seconds)

Girls 13-17! (Selfies) - Beam.to
beam.to/selfie ▼ Translate this page
<html> <head><script type="text/javascript">window.sara=window.sara||{};
window.sara.customer=window.sara.customer||{};window.sara.customer.

Images for beam.to selfies          Report images



More images for beam.to selfies

Beam.to
www.beam.to/ ▼
WELCOME TO THE WORLD FAMOUS AND FREE BEAM.TO SERVICE ... As a visitor
or member of beam.to you accept the terms of use. Enjoy the free ...
Total Redirect-Requests: 397977793   Redirect-Requests Today  1057 (counted ...
Registred Redirects 261915
You've visited this page 2 times. Last visit 1/17/16

Exhibit "A-2"

Nov 5 | No Comments

**Progress 2015** › Special sections

Progress '15 — Play

Progress '15 — Work

**Capitan Sprawling** · Owner at Self-Employed

Mike Smith http://wacobikermassacre.tk

Like · Reply · 3 hrs

**Mike Smith** ·

Capitan Sprawling This is a Turkish web site! It is malware! The last time it was in Russia. Where next Bagdad? Long John and Captain Spaulding and all the rest are just ghosts. Look at all of their accounts. They were started recently just to hound this short story. Who would not want this to be read and for people to get viruses in their computers by accessing it? You guessed it, the cops.

Like · Reply · Just now

**Long John** · Owner at Self-Employed

Cindy, I think you're my new BFF, and Mikey, the link ain't no malware, it's just a Russian cloud site, where no matter how much hell you raise, the file will remain there!

Like · Reply · Nov 5, 2015 6:57am

**Capitan Sprawling** · Owner at Self-Employed

http://wacobikermassacre.tk

Like · Reply · 3 hrs

**Mike Smith** ·

Capitan Sprawling This is a Turkish web site! It is malware! The last time it was in Russia. Where next Bagdad? Long John and Captain Spaulding and all the rest are just ghosts. Look at all of their accounts. They were started recently just to hound this short story. Who would not want this to be read and for people to get viruses in their computers by accessing it? You guessed it, the cops.

Like · Reply · 6 mins

Exhibit 'B-1'

ews/article/look-evidence-deadly-waco-biker-shootout#comment-2379609370

news.com

Google™ Custom Search

**NotQuinn** · 2 months ago
When will the AP release the full 8800 page report?

Reply · Share ›

**Jimbo King** → Mike Smith · 3 hours ago
No Mikey, No LEO here, just don't think you should make money off of others misery. I want all to read that book, but for FREE, not putting money in your pocket. Read "The Waco Biker Massacre" for FREE @ http://fbeam.to/mikesmith

Edit · Reply · Share ›

Subscribe    Add Disqus to your site

DISQUS

WASHINGTON | NATIONAL | CULTURE | INTERNATIONAL | ENTERTAINMENT | SPORTS | HEALTH | BUSINESS | WEIRD NEWS | NEWS V...

About Us | Privacy Policy | Terms of Use | Donate | Video | Blog | Commentary | Editorials | Cartoons | Advertise | RSS

CNSNews.com is a division of the Media Research Center.

Copyright 1998-2015 CNSNews.com.

n of the Media Research Center is to create a media culture in America where truth and liberty flourish. The MRC is a research and education organization...

Exhibit "B.2"



Hi, I'm Mike Smith, & I'm coming out!

I am Gay and like to make "Dirty Love" with other men, and I also sell fake books about real motorcycle clubs. You can read "The Waco Texas Biker Massacre" for FREE just click on the book!

Exhibit 'B-3'

o.com/135143830

etting Started Products | Anson Mills... ▶ Banshee 1x09 - Why... ▶ Raw Force - YouTube ▶ Devil Riders 2012 Dv... Naked Fist | The Mercy... The Origins



▼ 00:44

Enjoy up to 20GB/week of storage space, priority video conversion, and no HD limits. Upgrade now.

# Thanks to DLM

from **Mike Smith** 2 months ago [NOT YET RATED]

⚙ Settings  + Collections  ⚡ Stats  ↓ Download

## 2 Comments Add a new comment



**Mike Smith** 2 months ago

Everyone in Australia and New Zealand have a good look at what happened in Waco, Texas! It was a cop scheme that went really bad. It, and the coverup, could happen in your city. Don't for a minute think it cannot.

Have a look at this short story. I found it on Amazon. I believe that this was the scenario that really played out. amazon.com/WACO-TEXAS-BIKER-MASSACRE-Fictional-ebook/dp/B01OYC5SZ0/ref=sr_1_1?ie=UTF8&qid=1436324727&sr=8-1& keywords=waco+texas+biker+massacre

Reply



**Peter Will Harden** 12 minutes ago

Read the Waco Texas Biker Massacre here for FREE app.box.com/s /qsmx875ke9qia6r0qwv03mh1itr5reiu

Reply

---

1 CREDIT

 Mike Smith

More stuff from you

YOUR STUFF

**7 Videos**

**842 Likes**

**2 Watch Later**

**13 Collections**

**88 Following**

Exhibit 'B-4'



https://www.agingrebel.com/13604/comment-page-1

Most Visited | Getting Started | Products | Anson Mills... ▶ Banshee 1x09 - Why... ▶ Raw Force - YouTube ▶ Devil Riders 2012 Dv... Naked Fist | The Men



**xyz Says:**

October 31, 2015 at 4:51 pm

One would think the owner of the (complete) Twin Peaks video (including the weeks before the incident, and all angles) would have a good idea of what happened at their restaurant.



**Ala Kid Says:**

October 31, 2015 at 5:11 pm

Anyone know who that guy "Mike Smith" is, the one selling that BS. book "The Waco Texas Biker Massacre" he goes by "mikesmithonepercenter" on facebook. Lives in Alabama he says. Making money off of this. "Just ain't right"!



**T Hell Says:**

October 31, 2015 at 5:33 pm

@Neverwaz

Think thru what you saw on the video, or more importantly what the video does not show, was there someone just out of screen pointing a weapon at the shooter? Was he a concealed permit holder? Was his life threatened? If so he was completely justified in firing his weapon that is why without further evidence he wouldn't be charged.



**xyz Says:**

October 31, 2015 at 6:21 pm

Stroker wrote:

"I agree with Rebel, in that this vid looks edited, it shows only the scenes the "leaker" wants us to see, and it shows NONE of the actual confrontation that supposedly started

Exhibit B-5'



# I am coming out

from **mikesmith onepercenter** 2 days ago

I am gay, and like to have sex with men. I also write and sell fake books about Real Bikers, this Book about Waco
WACO-TEXAS-BIKER-MASSACRE FREE @ **beam.to/mikesmith**

**Follow** · **+ Collections** · **Stats** · **Download**

Be the first to comment on this video...



**Add a new comment**

No HTML, but links are OK. Be cool and play nice

**1 CREDIT**

 mikesmith onep...

**RELATED COLLECTIONS**

waco · biker · smith · book · gay · mike · homosexual

Exhibit B-6