IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| **MICHAEL HENRY SMITH,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | CIVIL ACTION NO. 16-0086-CG-C | |
| | ) | | |
| **ALPHABET INC., et al.,** | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

After due and proper consideration of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 23, 2016, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 5th day of July, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE