IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HENRY SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 16-0086-CG-C |
| ALPHABET INC., et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and, in part, as frivolous in accordance with 28 U.S.C. § 1915(e)(2)(B)(i).[1]

**DONE and ORDERED** this 5th day of July, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing and for the reasons as set forth in the Magistrate's Order issued on June 7, 2016 (Doc. 13), Plaintiff's Motion for an Order Directing the Perfected Defendants to Provide the Complete Information for the Non-Perfected Defendants (Doc. 15) is **DENIED**.