# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

### CIVIL ACTION NO.: 16-CV-86-CG-C

MICHAEL HENRY SMITH,
    Plaintiff,

Vs.

ALPHABET INC., ATTRACTSOFT GMBH, AUTOMATTIC/GRAVATAR, BEAM.TO, BESSEMER VENTURE PARTNERS, BOX/BOX, INC/OPEN BOX/MEDXT, COATUE MANAGEMENT, DFJ GROWTH, EZINECENTRE, FACEBOOK, FREEHOSTINGEU, GENERAL ATLANTIC, GOOGLE, ITOCHU TECHNOLOGY VENTURES, MACNICA NETWORKS USA, INC, MITSUI & CO, MY SOCIAL HUB XP, NEW ENTERPRISE ASSOCIATES, SAP VENTURES, SCALE VENTURE PARTNERS, SOCIAL + CAPITAL PARTNERSHIP, TELEFÓNICA DIGITAL, TELSTRA, AND TELSTRA VENTURES, TPG CAPITAL and TUCOWS INC.
    Defendants.

ALA KID, LONG DONG, JIMBO KING, CINDY LOU, BRIANNA NATHALY, JON JONES, LONG JOHN, NUKE DUKEM, PETER WILL HARDEN, CAPTAIN SPRAWLING, CAPTAIN SPAULDING, THEREAL MIKESMITH, THEREAL MIKESMITH 1ER, WHISTLE DICK.
    Defendants that are shielded by aliases.

### NOTICE OF APPEAL

Notice is hereby given that Michael Henry Smith in the above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the final

judgment Docket Number 17, on July the 5th, 2016; and the Report and Recommendation Docket Number 9, May the 23rd, 2016; and from the Order resulting from the Pretrial Hearing Docket Number 6, March 21, 2016.

Furthermore, there are no *fictitious defendants* and "Defendants that are shielded by aliases" may now be all served c/o GOOGLE LEGAL SUPPORT, attn. Brittany Araujo, Legal Investigations Support, at 1600 Amphitheatre Pkwy, Mountain View, CA, 94043-1351. As per the attached letter from Ms. Araujo.

                                      Respectfully submitted on this 2nd day of August, 2016.  By,

                                      Michael Henry Smith
                                      4038 Sierra Drive
                                      Mobile, Alabama
                                      36693-5500
                                      smithvamazon.com@gmail.com
                                      (251) 802-8513

## CERTIFICATE OF SERVICE

I, Michael Henry Smith, do hereby swear that a true and correct copy of the foregoing has been served on the defendants:

Alphabet Inc.
1600 Amphitheatre Pkwy,
MOUNTAIN VIEW CA
94043-1351
Phone: +1 (650) 253-0000
Fax: +1 (302) 636-5454

ATTRACTSOFT GMBH
Mathildenstr. 18
24148, Kiel
Germany
Phone: +49 431 2207240

AUTOMATTIC
GRAVATAR
132 Hawthorne St
San Francisco, CA
94107
Phone (877) 273-8550

BEAM.TO
Child Porn Tonga.
No address available

BESSEMER VENTURE PARTNERS
535 Middlefield Road
Suite 245
Menlo Park, CA
94025
Phone: +1-650-853-7000; Fax: +1-650-853-7001.
BOX/BOX, INC/OPEN BOX/MEDXT

900 Jefferson Ave
Redwood City, CA
94063

COATUE MANAGEMENT
9 W 57th St
New York, NY
10019

DFJ GROWTH
2882 Sand Hill Rd
#150
Menlo Park, CA
94025
Phone (650) 233-9000

EZINECENTRE
C/o  Tucows Inc.
96 Mowat Avenue
Toronto, ON
M6K 3M1
Canada
Main fax: 416-531-5584

FACEBOOK
Legal Department
18 Hacker Way
Menlo Park, Calif
94205

FREEHOSTINGEU
c/o AttractSoft GmbH
Mathildenstr. 18
24148, Kiel
Germany

Phone: +49 431 2207240

GENERAL ATLANTIC
c/o Kelly Pettit, Associate General Counsel
Park Avenue Plaza
55 East 52nd St. 32nd Floor
New York, NY 10055
Telephone (212) 715-4000
Fax (212) 759-5708

GOOGLE
1600 Amphitheatre Pkwy
Mountain View, CA
94043
Phone: (650) 253-0000

ITOCHU TECHNOLOGY VENTURES
3945 Freedom Cir
# 350
Santa Clara, CA
95054
Phone (408) 727-8810

MACNICA NETWORKS USA, INC.
2540 N 1st Street
Suite 280
San Jose, CA
95131

MITSUI & CO
535 Middlefield Rd
#100
Menlo Park, CA
94025
Phone (650) 234-5000

MY SOCIAL HUB XP
Malware
No address available

NEW ENTERPRISE ASSOCIATES
2855 Sand Hill Rd
Menlo Park, CA
94025
Phone (650) 854-9499

SAP VENTURES
3408 Hillview Ave
Palo Alto, CA
94304
Phone (650) 849-3950

SCALE VENTURE PARTNERS
950 Tower Ln
#700
San Mateo, CA
94404
Phone (650) 378-6000

SOCIAL + CAPITAL PARTNERSHIP
120 Hawthorne Ave
Palo Alto, CA
94301
Phone number (650) 521-9007

TELEFÓNICA DIGITAL
2513 Charleston Rd
Mountain View, CA
94043

TELSTRA, AND TELSTRA VENTURES GROUP
Suite 1650
575 Market Street
San Francisco, California 94105
United States

TPG CAPITAL
San Francisco
345 California Street
Suite 3300
San Francisco, CA 94104
(415) 743-1500 ph.
(415) 743-1501 fax

TUCOWS INC.
Toronto Headquarters
96 Mowat Avenue
Toronto, ON
M6K 3M1
Canada

via first-class mail, with proper postage affixed, on this 2nd day of August, 2016.

And the "Defendants that are shielded by aliases;"

Ala Kid, Long Dong, Jimbo King, Cindy Lou, Brianna Nathaly, Long John, Nuke Dukem, Peter Will Harden, Captain Sprawling, Captain Spaulding, Thereal Mikesmith, Thereal Mikesmith 1er, Moren Geliku, JD, Ralph Malf/Malph, Brianna Nathaly, My Social Hub Xp, Beam.To, Mssgalf, Vsopslie, Tayler Celine and Freehostingeu, have been served c/o GOOGLE LEGAL SUPPORT, attn. Brittany Araujo, Legal Investigations Support, at 1600 Amphitheatre Pkwy, Mountain View, CA, 94043-1351; via first-class mail, with proper postage affixed, on this 2nd day of August, 2016.

*Michael Henry Smith*
Michael Henry Smith
4038 Sierra Drive
Mobile, Alabama
36693-5500
smithvamazon.com@gmail.com
(251) 802-8513

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

July 25, 2016

*Via Email and U.S. Express Mail*
smithvamazon.com@gmail.com

Michael Henry Smith
4038 Sierra Drive
Mobile, AL 36693-5500
251-802-8513

  Re: *Michael Henry Smith v. Alphabet Inc., et al*, In the United States District Court for the Southern District of Alabama, Southern DIvision, 16-CV-86-CG-C (Internal Ref. No. 746381)

Dear Michael Henry Smith:

  We have received your subpoena for documents, dated July 06, 2016, in the above-referenced matter seeking documents related to the Other account(s)associated with AKA KID, LONG DONG, JIMBO KING, CINDY LOU, BRIANNA NATHALY, LONGJOHN, NUKE DUKEM, PETER WILL HARDEN, CAPTAIN SPRAWLING, CAPTAIN SPAULDING, THEREAL MIKESMITH, THEREAL MIKESMITH LER, MOREN GELIKU, JD, RALK MALF/MALPH, MY SOCIAL HUB XP, BEAM.TO, MSSGALF, VSOPSLIE, TAYLOR CELINE, FREE-HOSTINGEU. As explained more fully below, Google will comply with your subpoena subject to its policies and to the extent required and permitted by law.

  Google objects to the subpoena on the grounds that this case has been dismissed for failure to state a claim.

Google is unable to accept service via regular mail, fax or e-mail.

  Section 2702(a) of the federal Stored Communications Act prohibits Google from disclosing the content of electronic communications, including content from [Google Docs/Drive] [Google Voice], pursuant to a subpoena. 18 U.S.C. § 2702(a); *see e.g., Suzlon Energy Ltd. v. Microsoft Corp*, 671 F.3d 726, 730 (9th Cir. 2011); *Theofel v. Farey-Jones*, 359 F.3d 1066 (9th Cir. 2004); *Mintz v. Mark Bartelstein & Assocs., Inc.*, 885 F.Supp.2d 987, 994 (C.D. Cal. Aug. 14, 2012); *In re Subpoena Duces Tecum to AOL, LLC.*, 550 F.Supp.2d 606, 611 (E.D. Va. 2008); *Flagg v. City of Detroit*, 252 F.R.D. 346, 366 (E.D. Mich. 2008); *Viacom Int'l Inc. v. YouTube Inc.*, 253 F.R.D. 256 (S.D.N.Y. 2008); *O'Grady v. Superior Court of Santa Clara*, 139 Cal. App. 4th 1423, 1441-43 (2006). The appropriate way to seek such content is to direct your request to the account holder who has custody and control of the data in the account. *Suzlon*, 671 F.3d 726, 730-31; *Mintz*, 885 F.Supp.2d at 994; *O'Grady*, 139 Cal. App. 4th at 1446-47. If the account holder is a party to the underlying litigation, you may serve a document request on the account holder for the content sought. *See Mintz*, 2012 WL 3553351 at *5; *O'Grady*, 13 Cal. App. 4th at 1446-67; *see also Flagg*, 252 F.R.D. at 348, 366-67.

  Federal Criminal Rule 17(c)(3) requires you to obtain a court order before issuing a subpoena seeking personal information about a crime victim. This order may issue only after the court requires you to give notice to the victim so that the victim has an opportunity to move to quash, modify, or otherwise object to the subpoena. Please notify us immediately if you contend the subpoena is not related to an alleged victim. Otherwise, Google can comply to the extent permitted by law only upon receipt of a valid court order issued under Rule 17(c)(3). If you plan

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

to seek court assistance for your subpoena under Rule 17(c)(3), please provide a copy of this letter to the court.

In addition, and notwithstanding any court-ordered notice, Google requires sufficient time to notify the affected user so that the user can assert his or her rights in response. Google will forward notice of this matter, including your name and contact information, to the user at the email address provided by the user. Google provides its users at least 20 days to object to your request or inform Google of their intent to file a motion to quash. If the user does not object and subject to the limitations below, Google will thereafter respond to the subpoena. Google reserves the right to object to the subpoena in any response. If your request seeks information containing confidential financial, proprietary, or trade secret information, or any information subject to a confidentiality agreement or protective order, please provide a confidentiality agreement or protective order. While Google does not require a protective order for production of its non-confidential information, we will not produce confidential information without entry of a protective order that we deem suitable to protect the confidentiality of our documents. Similarly, Google cannot produce information protected by any privilege, including the attorney-client privilege, work product immunity doctrine, common interest privilege, or any other applicable privilege, immunity, or restriction on discovery. Moreover, if your subpoena seeks information already in a party's possession or available to a party from some other source (including public sources) that is more convenient, less burdensome or less expensive, you should seek to obtain it directly from that person rather than burden non-party Google.

Google also cannot respond to requests to the extent that they are irrelevant, overly broad, vague, ambiguous, unlimited in time or scope, fail to identify the information sought with reasonable particularity, or impose an undue burden on Google, including by seeking electronically stored information that is not reasonably accessible to Google.

Google expressly preserves and does not waive any available rights or objections. Subject to the above restrictions, given the limited information provided in the subpoena, Google is unable to determine whether there is a relevant account in our records.

If you have any questions, please feel free to contact the undersigned at the Legal Support Department alias at GOOGLE-LEGAL-SUPPORT@GOOGLE.COM. Additionally, should you wish to seek any judicial relief in connection with this matter, Google requests the opportunity to meet and confer in advance of any such filing. Thank you.

Very truly yours,

Brittany Araujo
Legal Investigations Support